IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| PREPARED FOOD PHOTOS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DAVID & SONS MEATS LLC, : <br> : <br> Defendant. : | Civil No. 23-1781 (RBK/MJS) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

    **THIS MATTER** comes before the Court on Plaintiff's Motion for Default Judgment ("Motion") (ECF No. 7) against Defendants David & Sons Meats LLC ("Defendants"); and, for the reasons expressed in the corresponding Opinion,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 7) is **GRANTED**.

    **IT IS FURTHER ORDERED** that:

    (1) Plaintiff shall recover from Defendants the principal sum of **$24,438**, consisting of $23,976 in statutory damages and $462 in taxable costs.

    (2) Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant are **permanently enjoined** from:

        (a) directly or indirectly infringing Plaintiff's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff's copyrighted photograph or to participate or assist in any such activity; and

1

      (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

(3) The Court retains jurisdiction to enforce its judgment and the permanent injunction, and to consider any subsequent motions for attorneys' fees, expenses, and costs.

The Clerk of the Court is instructed to close the case.

Dated: March 4, 2024                                    /s/ Robert B. Kugler
                                                                                   ROBERT B. KUGLER
                                                                                   United States District Judge